UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACOB MENDEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:12-cv-001863-JMS-MJD |
| MARC A. LAHRMAN, et al., | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. The action is **DISMISSED WITHOUT PREJUDICE.**

Date: September 15, 2014

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

JACOB MENDEZ
151142
PENDLETON - CIF
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
Pendleton, IN 46064